

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

M. Beth Leahy
Direct Dial: (215) 861-8343
Facsimile: (215) 861-8618
E-mail Address: mary.beth.leahy@usdoj.gov

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 8, 2014

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    **United States v. Eric C. Opitz**
              **Criminal Nos. 14-541 and 14-566-M**

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 30, 2014.

                      Very truly yours,

                      ZANE DAVID MEMEGER
                      United States Attorney

                      M. Beth Leahy
                      Assistant United States Attorney