# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| Eric Opitz | : | NO. 14-541 |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 50,000

    __X__ **O/R (previously executed)**

    _____ **cash**

    _____ **secured by**:

        _____ % cash

        _____ property at:

        _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:

    __X__ **as directed** by Pretrial Services.

    _____ times per week **in person**.

    _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services

_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

__X__ Defendant shall submit to **electronic monitoring** at the following address: no later than Tuesday, October 14, 2014.

    602 Passaic Avenue, Phillipsburg, NJ 08865

_____ This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

\_\_\_\_\_ **Curfew.** You are restricted to your residence every day from_____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

  X   **Home Detention.** You are restricted to your residence at all times except for; religious services; medical treatment, pick up medication, attorney visits; court appearances; court-ordered obligations; all with prior approval of pretrial services office or supervising officer;

\_\_\_\_\_ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

  X   Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

  X   Travel is restricted to the **Eastern District of Pennsylvania**
  X   Travel is restricted to the District of New Jersey
\_\_\_\_\_ Unless prior permission is granted by Pretrial Services.

## FIREARMS

  X   Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

  X   Defendant shall have no contact with co-defendants, potential witnesses in this case or individuals engaged in any criminal activity.
\_\_\_\_\_ Defendant must maintain present **employment**.
\_\_\_\_\_ Defendant must **actively seek** gainful employment.
\_\_\_\_\_ Defendant shall undergo a **mental competency evaluation**.
  X   Defendant must reside
     at: 602 Passaic Avenue, Phillipsburg, NJ 08865

**with**:

## COMPUTERS/INTERNET

_____The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer with no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____**Other Restrictions**:

**OTHER CONDITIONS**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

**It is so ORDERED this      10th      day of  October          , 2014.**

                                         **BY THE COURT:**
                                         /s/ELIZABETH T. HEY

                                         _____
                                         **ELIZABETH T. HEY**
                                         **UNITED STATES MAGISTRATE JUDGE**

Last Revised: 2-19-14