AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
ERIC C. OPITZ, A/K/A "GURU"

Case No. 14cr541

FILED
OCT 1 6 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) ERIC C. OPITZ, A/K/A "GURU",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1347 - HEALTH CARE FRAUD - 10 COUNTS
18:1341 - MAIL FRAUD - 3 COUNTS
21:333(e) - DISTRIBUTION OF HUMAN GROWTH HORMONE - 4 COUNTS
21:841 - DISTRIBUTION OF CONTROLLED SUBSTANCES - 3 COUNTS

Date: 09/30/2014

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state: PHAILA., PA.

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 9-30-14, and the person was arrested on (date) 10-8-14
at (city and state) PA

Date: 10-8-14

JCE
*Arresting officer's signature*

*Printed name and title*